FILED:  June 6, 2016

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 16-4
(3:92-cr-00068-JRS-2)
_____

In re: CORY JOHNSON

       Movant

_____

O R D E R

_____

Movant has filed a motion under 28 U.S.C. § 2244 for an order authorizing the district court to consider a second or successive application for relief under 28 U.S.C. § 2255.

The court denies the motion.

Entered at the direction of Judge Wilkinson with the concurrence of Judge King and Judge Duncan.

For the Court

/s/ Patricia S. Connor, Clerk